HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS ALFREDO ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00383 AWI-BAM-1 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO VACATE TRIAL DATE AND SET FOR CHANGE OF PLEA;  ORDER |
| vs. | ) ) | |
| LUIS ALFREDO ESPINOZA, | ) ) | Date:   April 28, 2014 Time:   10:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the motions and hearing set for March 24, 2014, and the jury trial date, currently scheduled for April 8, 2014, in the above-captioned matter may be vacated and that the case be set for change of plea.

IT IS FURTHER STIPULATED that the case be set for change of plea hearing on April 28, 2014, at 10:00 a.m.

The reason for the request is the defendant intends on pleading guilty but would like to attend the April 15, 2014, BOP orientation being held at the Fresno Courthouse.  Pretrial service has recommended to the defense that the defendant attend the orientation and that the orientation would be beneficial to the defendant.  Absent a continuance, the defendant would be unable to attend the orientation based on the high likelihood that based on the offense charged, he would be taken into custody at the time of entry of a guilty plea.

ESPINOZA/Stipulation to Vacate Trial and Set for COP        -1-

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, for effective defense preparation, and finalizing the plea agreement, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 17, 2014            By: */s/ David Gappa*
                                      DAVID L. GAPPA
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Public Defender

DATED: March 17, 2014            By: */s/ Marc Days*
                                      MARC DAYS
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      LUIS ALFREDO ESPINOZA


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   March 17, 2014                   _____
                                          SENIOR  DISTRICT  JUDGE

ESPINOZA/Stipulation to Vacate Trial and Set for COP            -2-