BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>LUIS ALFREDO ESPINOZA,<br><br>                Defendant. | CASE NO. 1:12-CR-00383-AWI-BAM<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

It is hereby ORDERED as follows:

1. Under 18 U.S.C. § 2253(a), defendant Luis Alfredo Espinoza's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Western Digital External Hard Drive, serial number WCAZA0590471T;

    b. Western Digital External Hard Drive, serial number WXR0A49AF045;

    c. Data Traveler 2GB Thumb Drive/Kingston, no serial number;

    d. HP Pavilion dv7 Laptop/silver, serial number CND9033F5M;

    e. Dane-Elec 4GB Thumb Drive, serial number 164715; and

    f. Indicia of ownership (bill).

2. The above-listed assets constitute property which contain visual depictions mailed, shipped, or transported in violation of 18 U.S.C. § 2252(a)(2), or was used or intended to be used to commit and

to promote the commission of the aforementioned violation.

    3.    Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

    4.    a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

    6.    The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   May 12, 2014                             _____
                                                    SENIOR DISTRICT JUDGE