BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALFREDO ESPINOZA,<br><br>Defendant. | CASE NO. 1:12-CR-00383-AWI-DLB<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on May 14, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Luis Alfredo Espinoza in the following property:

    a. Western Digital External Hard Drive, serial number WCAZA0590471T;

    b. Western Digital External Hard Drive, serial number WXR0A49AF045;

    c. Data Traveler 2GB Thumb Drive/Kingston, no serial number;

    d. HP Pavilion dv7 Laptop/silver, serial number CND9033F5M;

    e. Dane-Elec 4GB Thumb Drive, serial number 164715; and

    f. Indicia of ownership (bill).

AND WHEREAS, beginning on May 31, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the

Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Luis Alfredo Espinoza.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   August 20, 2014                    _____
                                              SENIOR DISTRICT JUDGE

FINAL ORDER OF FORFEITURE                           2